IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CHARLES RODEN AND LINDA RODEN,**                                        **PLAINTIFFS**

**V.**                      **CAUSE NO. 2:12CV00120-NBB-JMV**

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**                                        **DEFENDANT**

### ORDER

Before the court is the unopposed motion [42] of Defendant Nationwide Mutual Fire Insurance Company to set aside the Clerk's Entry of Default [35]. For good cause shown, the court finds the instant motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED:**

That Defendant's motion to set aside clerk's entry of default is hereby **GRANTED**.

This 27th day of December, 2013.

                                                                      **/s/ Jane M. Virden**
                                                                      **U. S. MAGISTRATE JUDGE**